NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LECTROLARM CUSTOM SYSTEMS, INC.,**
*Plaintiff-Appellant,*

v.

**VICON INDUSTRIES, INC.** AND
**UTC FIRE & SECURITY AMERICAS**
**CORPORATION, INC.,**
*Defendants,*

AND

**SENSORMATIC ELECTRONICS CORPORATION,**
*Defendant-Appellee,*

AND

**BOSCH SECURITY SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2012-1156

---

Appeal from the United States District Court for the Western District of Tennessee in case no. 03-CV-2330, Judge Samuel H. Mays, Jr.

---

ON MOTION

---

## O R D E R

Lectrolarm Custom Systems, Inc. moves without opposition for leave to file a replacement reply brief, including the text of the omitted footnotes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to file a replacement reply brief is granted.

FOR THE COURT

AUG 29 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth W. Brothers, Esq.
Erik G. Swenson, Esq.
Sean William Gallagher, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 29 2012

JAN HORBALY
CLERK